United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-11575-elf
Kristine F. Ponds                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2           Date Rcvd: Jul 12, 2017
                            Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
```
db              +Kristine F. Ponds,    3973 Lankenau Avenue,    Philadelphia, PA 19131-2808
13882369       #+Bank Of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
13882374        +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
13882378        +Ecmc,    Capital One Retail Srvs/Attn: Bankruptcy,    PO Box 30258,
                  Salt Lake City, UT 84130-0258
13901492        Educational Credit Management Corporation,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13882379        +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13882380        +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13882382        +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13911025        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13908983        +Midfrst Bank,    c/o KML Law Group PC,    701 Market St., Ste. 5000,    Phila., PA 19106-1541
13882383        +Midland Funding,    Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
13882384        +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    PO Box 26648,
                  Oklahoma City, OK 73126-0648
13939475        Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                  Wilkes-Barre, PA 18773-9635
13882385        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                  Harrisburg, PA 17120-0946
13882387        +Peoples Com,    1001 West Ridge Pike Rear,    Conshohocken, PA 19428-1015
13882388       #+Stellar Recovery Inc,    Attn: Bankruptcy,    4500 Salisbury Road Ste 105,
                  Jackonville, FL 32216-8035
13882389        +Tamika Ross,    5907 Ridge Ave.,    Philadelphia, PA 19128-1642
13882390        +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                  Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 13 2017 01:31:36     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2017 01:31:29      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13882372        E-mail/Text: bankruptcy@phila.gov Jul 13 2017 01:31:36      City Of Philadelphia,
                  Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13882373        E-mail/Text: bankruptcy@phila.gov Jul 13 2017 01:31:36      City of Philadelphia,
                  Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13882370       +E-mail/Text: ecf@ccpclaw.com Jul 13 2017 01:30:52     Cibik & Cataldo, P.C.,
                  1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13882375       +E-mail/Text: csd1clientservices@cboflanc.com Jul 13 2017 01:31:46
                  Credit Bureau of Lancater County, Inc,    PO Box 1271,    Lancater, PA 17608-1271
13882376       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 13 2017 01:31:54
                  Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13882377       +E-mail/PDF: pa_dc_ed@navient.com Jul 13 2017 01:36:14      Dept Of Ed/Navient,
                  Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
13882381        E-mail/Text: cio.bncmail@irs.gov Jul 13 2017 01:30:56      I.R.S.,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
13902327       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 13 2017 01:30:58       PECO Energy Company,
                  Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13882386        E-mail/Text: bankruptcygroup@peco-energy.com Jul 13 2017 01:30:58       Peco Energy,
                  2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
13886485        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2017 01:31:07
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                              TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13882371*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Jul 12, 2017
                              Form ID: pdf900          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Kristine F. Ponds ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Kristine F. Ponds ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13
    KRISTINE F. PONDS                    :
            Debtor(s)                         :        Bky. No.   17-11575 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: July 12, 2017

                                                ERIC L. FRANK
                                                CHIEF U.S. BANKRUPTCY JUDGE