**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **KRISTINE F. PONDS** | |
| **DEBTOR(S)** | **CASE NO. 17-11575ELF13** |

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, hereby certify that neither an objection to the proposed compensation nor any other application for administrative expense were filed in the above captioned matter and seek an order approving Fees to Cibik & Cataldo, PC.

Dated:  August 3, 2017                    CIBIK & CATALDO, P.C.
                                          ATTORNEY FOR DEBTOR(S)

                                          By: /s/ MICHAEL A. CATALDO
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          Tel: (215) 735-1060
                                          Fax: (215) 735-6769
                                          Email: ccpc@ccpclaw.com